IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:14-CV-251-MR-DCK

| | |
|---|---|
| KENNETH KAGONYERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BUNCOMBE COUNTY, BOBBY LEE MEDFORD, individually and officially, SAM MATTHEW CONSTANCE, individually and officially, GEORGE SPRINKLE, individually and officially, MICHAEL MICHAEL, individually and officially, and JOHN ELKINS, individually and officially, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on "Bobby Lee Medford, Individually's Motion For Leave To File Answer Out of Time" (Document No. 14) filed November 6, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Bobby Lee Medford, Individually's Motion For Leave To File Answer Out of Time" (Document No. 14) is **GRANTED**. Defendant Bobby Lee Medford shall have up to and including **November 12, 2014** to file an answer or otherwise respond to Plaintiff's Complaint.

Signed: November 6, 2014

David C. Keesler
United States Magistrate Judge