# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CV-251-MR-DCK

| | |
|---|---|
| KENNETH KAGONYERA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BUNCOMBE COUNTY, BOBBY LEE MEDFORD, individually and officially, SAM MATTHEW CONSTANCE, individually and officially, GEORGE SPRINKLE, individually and officially, MICHAEL MICHAEL, individually and officially, and JOHN ELKINS, individually and officially, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion Concerning Discovery" (Document No. 23) filed November 7, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the Defendants, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion Concerning Discovery" (Document No. 23) is **GRANTED**.

Signed: November 12, 2014

David C. Keesler
United States Magistrate Judge