**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO.: 1:14-CV-251**

| | |
|---|---|
| KENNETH KAGONYERA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BUNCOMBE COUNTY,<br>BOBBY LEE MEDFORD, individually and officially, SAMUEL MATTHEW CONSTANCE, individually and officially, GEORGE SPRINKLE, individually and officially, MICHAEL MURPHY, individually and officially, and JOHN ELKINS, individually and officially,<br><br>　　　　　Defendants. | **CONSENT ORDER CONCERNING DISCOVERY** |

　　　　Pending before the Court is the Consent Motion Concerning Discovery. Upon a review of the record and the parties' motion, the Court **GRANTS** the motion and enters this Order negotiated and agreed to by Buncombe County, Bobby Medford, Samuel Matthew Constance, George Sprinkle, Michael Murphy, and John Elkins (hereinafter "the Defendants"), by and through their respective undersigned counsel, Kenneth Kagonyera (hereinafter "the Plaintiff"), by and through his undersigned counsel, and Robert Wilcoxson (hereinafter "Wilcoxson"), by and through his undersigned counsel.

1. Except as may be otherwise provided by further order of this Court, the above-named parties in this matter and the related matter captioned <u>Wilcoxson v. Buncombe County</u>, 1:13-cv-00224-MR-DSC shall be permitted to rely upon and share discovery materials produced in the two related lawsuits. To the extent that protective orders control the handling of any such materials, all terms and conditions of said orders shall apply to the parties identified herein.

2. All parties covered by this order reserve the right to object to disclosure to a requesting party.

3. All parties identified herein may seek modification or termination of this order by written motion.

**SO ORDERED**.

Signed: November 12, 2014

David C. Keesler
United States Magistrate Judge

**CONSENTED TO:**

/s/ Jacob H. Sussman
Jacob H. Sussman, NCSB # 31821
S. Luke Largess, NCSB # 17486
Noell P. Tin, NCSB # 20603
TIN FULTON WALKER & OWEN, PLLC
301 East Park Avenue
Charlotte, NC 28203
T: 704-338-1220
F: 704-338-1312
E: jsussman@tinfulton.com
E: llargess@tinfulton.com
E: ntin@tinfulton.com
*Counsel for Plaintiff Kenneth Kagonyera*

/s/ Curtis W. Euler
Curtis W. Euler, NCSB # 22043
BUNCOMBE COUNTY ATTORNEY
200 College Street, Suite 400
Asheville, NC 28801
T: 828-250-4112
F: 828-250-6005
E: Curt.Euler@buncombecounty.org
*Counsel for Defendant Buncombe County*

/s/ Ervin L. Ball, Jr.
Ervin L. Ball, Jr., NCSB # 185
BALL, BARDEN & CURY, PA
P.O. Box 7157
Asheville, NC 28802
T: 828-252-0682
F: 828-252-6774
eball@ballnclaw.com
*Counsel for Defendant George Sprinkle*

/s/ Sean Perrin
Sean Perrin, NCSB # 22253
WOMBLE, CARLYLE, SANDRIDGE & RICE
301 S. College Street, Suite 3500
Charlotte, NC  28202
T: 704-331-4992
F: 704-338-7814
E: sperrin@wcsr.com
*Counsel for Defendant Bobby Medford, in his Official Capacity*

/s/ Patrick Flanagan
Patrick Flanagan, NCSB # 17407
CRANFILL, SUMNER & HARTZOG
2907 Providence Rd, Suite 200
Charlotte, NC  28211
T: 704-940-3419
F: 704-831-5522
E: phf@cshlaw.com
*Counsel for Def. Bobby Medford, in his Individual Capacity*

/s/   Thomas   J.   Doughton
Thomas J. Doughton, NCSB # 16611
DOUGHTON RICH BLANCATO
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
T: 336-725-9416
E: td@drbattorneys.com
*Counsel for Defendant Michael Murphy*

/s/ Joseph P. McGuire
Joseph P. McGuire, NCSB # 6739
MCGUIRE, WOODS & BISSETTE
48 Patton Building, Drhumor Building
Asheville, NC  28801
T: 828-254-8800
F: 828-252-2438
E: jmcguire@mwbavl.com
*Counsel for Defendants Samuel Constance and John Elkins*

/s/ David S. Rudolf
David S. Rudolf, NCSB # 8587
Christopher C. Fialko, NCSB # 19010
RUDOLF WIDENHOUSE & FIALKO
225 East Worthington Avenue, Suite 200
Charlotte, NC 28203
T: 704-333-9945
F: 704-335-0224
E: dsrudolf@rwf-law.com
*Counsel for Robert Wilcoxson in Case No. 1:13-cv-224*